# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BROADCAST MUSIC, INC.; MJ PUBLISHING TRUST d/b/a MIJAC MUSIC; EMI CONSORTIUM SONGS INC. d/b/a EMI LONGITUDE MUSIC; RONDOR MUSIC INTERNATIONAL, INC. d/b/a IRVING MUSIC; ZOMBIES ATE MY PUBLISHING; FORTHEFALLEN PUBLISHING; RESERVOIR MEDIA MANGEMENT INC. d/b/a RESERVOIR 416 a/k/a RESORVOIR ONE AMERICA,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>REVERB LLC d/b/a SHAMROCK; and BRIAN MURPHY COLVAY, individually,<br><br>　　　　　Defendants. | CIVIL ACTION NO.: 2:18-cv-13777-GGG-KWR<br><br>SECTION: "T" (4) |

## MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, come Plaintiffs, and pursuant to Local Rule 7.4 move this Honorable Court for leave to filed the attached Reply in Support of Motion for Summary Judgment. In support of its motion Plaintiffs state:

1. Plaintiffs' Motion for Summary Judgment and supporting filings set forth numerous facts and made numerous arguments as to why summary judgment is appropriate in this case.

2. Defendants' Opposition Memorandum only addressed some of those facts and arguments, but nevertheless asserted that summary judgment is not appropriate.

3. Plaintiffs wish to point out how Defendants' Opposition presents neither a factual nor legal basis to avoid summary judgment.

4. Undersigned counsel has spoken with Gary Giepert, counsel for Defendants, and he expressed no objection to leave being granted.

WHEREFORE, Plaintiffs pray this Honorable Court grant them leave to file the accompanying Reply in Support of Motion for Summary Judgment.

Date: January 8, 2020

                                Respectfully submitted:

                        By:    */s/Mark A. Balkin*
                               Mark A. Balkin (LA Bar # 24952)
                               Joseph C. Chautin, III (LA Bar # 24995)
                               HARDY, CAREY, CHAUTIN & BALKIN, LLP
                               1080 West Causeway Approach
                               Mandeville, Louisiana 70471
                               (985) 629-0777
                               mbalkin@hardycarey.com

                               **Attorneys for Plaintiffs**

4850-5663-4288, v. 1